IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

J-M-C-B; et al,

No. 3:16-cv-02150-AC

Plaintiffs,

v.

KIRSTJEN NIELSEN, Secretary of
Homeland Security, et al.,

ORDER

Defendants.

HERNANDEZ, District Judge:

Magistrate Judge Acosta issued a Findings & Recommendation (#25) on May 30, 2018, in which he recommends the Court grant Defendants' motion to dismiss and deny Plaintiff's motion to join additional plaintiffs. Plaintiffs have timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiffs' objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [25], and therefore, Defendants' motion to dismiss [20] is granted and Plaintiffs' motion to join additional parties [8] is denied.

IT IS SO ORDERED.

DATED this \_\_\_\_8\_\_\_\_ day of August, 2018.

_____
MARCO A. HERNANDEZ
United States District Judge